AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations  Sheet 1

Case 5:23-cr-01302   Document 13   Filed on 11/09/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
Holding Session in Laredo

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JUAN MARTIN RUIZ-FUENTES** | |
| **AKA: JUAN RUIZ** | CASE NUMBER: 5:23CR01302-001 |
| | USM NUMBER: 97532-509 |
| | Sara A. Martinez, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __1 & 2__ of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violation: Re-entry of a deported alien. | 10/19/2023 |
| 2 | Violation of special condition ordering the offender not to return to the United States illegally if deported. | 10/19/2023 |

☐  See Additional Violations

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: None
Defendant's Date of Birth: XX/XX/1990

City and State of Defendant's Residence:
Tulum, Quintana Roo, Mexico

November 7, 2023
Date of Imposition of Judgment

*/s/ signature/*
Signature of Judge

**DIANA SALDAÑA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

November 9, 2023
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | **JUAN MARTIN RUIZ-FUENTES    AKA: JUAN RUIZ** | |
| CASE NUMBER: | **5:23CR01302-001** | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 4 months.

The defendant waived the right to appeal the sentence.

☐  See Additional Imprisonment Terms.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

　　☐  at _____ on _____

　　☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐  before 2 p.m. on _____

　　☐  as notified by the United States Marshal.

　　☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL